IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01665-ZLW

MICHAEL ZAMORA,

    Applicant,

v.

ARISTEDES W. ZAVARAS, Exec. Dir. - C.D.O.C.,
BRIGHAM SLOAN, Warden - B.C.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO - JOHN W. SUTHERS,

    Respondents.

## ORDER DENYING MOTION TO RECONSIDER

Applicant, Michael Zamora, filed *pro se* on October 3, 2008, a motion titled "Reconsider Order of Dismissal of September 18, 2008" asking the Court to reconsider and vacate the Order of Dismissal and Judgment filed in this action on September 18, 2008. The Court must construe the motion to reconsider liberally because Mr. Zamora is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final

judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Zamora's motion to reconsider in this action, which was filed more than ten days after the Order of Dismissal and Judgment, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice because Mr. Zamora failed, within the time allowed, to cure all the deficiencies designated in the August 6, 2008, order to cure. He specifically failed either to pay the $5.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The Court has rechecked the docketing records in this action and neither the filing fee nor a § 1915 motion and affidavit were submitted prior to the September 18, 2008, dismissal order and judgment, despite Mr. Zamora's allegations to the contrary. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Zamora fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Reconsider Order of Dismissal of September 18, 2008" that Applicant, Michael Zamora, filed *pro se* on October 3, 2008, and which

the Court has construed liberally as a Fed. R. Civ. P. 60(b) motion, is denied.

DATED at Denver, Colorado, this 8 day of Oct., 2008.

BY THE COURT:

*[signature: Zita Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01665-ZLW

Michael Zamora
Prisoner No. 108680
Bent County Correctional Facility
11560 Road FF.75 - Unit 6-J
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/9/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk